JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>      Plaintiff<br><br>vs.<br><br>WALTER CARL MOODY, JR.; A. B. M., by and through her Guardian ad litem, WALTER CARL MOODY, JR.; AVA B. MOODY; KENNETH G. MOODY and DOES 1 through 10, inclusive,<br><br>      Defendants | **Case No: CV07-01916 ODW (RCx)**<br><br><br>**FINAL JUDGMENT; TO RELEASE THE INTERPLEADER FUNDS; TO DISMISS ACTION, WITH PREJUDICE; AND, AWARD ATTORNEYS' FEES AND COSTS** |

      This Court considered the stipulation entered into by and between Ava B. Moody, by and through the Law Office of Willoughby and Associates, her attorneys of record; Kenneth G. Moody, in pro per; and, Walter Carl Moody, Jr., and A. B. M., by and through her Guardian ad Litem, Walter Carl Moody, Jr., by and through their attorneys of record.  All of the parties who have any interest or claims to the Interpleader funds joined in said stipulation.

      Upon review and consideration of the stipulation, THIS COURT ORDERS AS FOLLOWS:

**CC: FISCAL**

1.   That partial judgment in favor of Cross-Defendant Kenneth G. Moody be entered in accordance with Rule 54(b) of the Federal Rules of Civil Procedure in the amount of six-thousand five-hundred dollars ($6,500) to be paid from the interpled funds.

2.   That partial judgment in favor of Cross-Defendant Ava B. Moody be entered in accordance with FRCP Rule 54(b) in the amount of six-thousand five-hundred dollars ($6,500) to be paid from the interpled funds

3.   That this Court, in an Order dated May 13, 2008, granted that plaintiff Metropolitan Life Insurance Company. recover its costs and legal fees in the amount of two-thousand five-hundred dollars ($2,500) to be paid from the interpled funds.

4.   That in accordance with FRCP Rule 54(d) the Law Office of Willoughby and Associates, counsel for Ava B. Moody, recover its costs and legal fees in the amount of three-thousand five-hundred dollars ($3,500) to be paid from the interpled funds

5.   That in accordance with FRCP Rule 54(d) the Law Offices of Marcia L. Kraft, counsel for Walter Carl Moody, Jr., and A. B. M., by and through her Guardian ad Litem, Walter Carl Moody, Jr., recover its costs in the amount of nine-hundred thirty-five dollars ($935) and legal fees in the amount of eleven-thousand eight-hundred forty-five dollars ($11,845) to be paid from the interpled funds.

6.   That partial judgment in favor of Cross-Defendant Walter C. Moody, Jr. and A. B. M., by and through her Guardian at Litem, Walter C. Moody, Jr., be entered in accordance with Rule 54(b) of the Federal Rules of Civil Procedure for all remaining Interpleader funds.

/ / /

**CC: FISCAL**

7.  That the Interpleader funds deposited with this Court (the dispursement proceeds under MetLife Annuity Contract Number 073625649AB) be distributed, forthwith, as detailed above.

8.     That this matter (Case No: CV07-01916 ODW (RCx)) shall be dismissed, with prejudice, upon the distribution of the Interpleader funds as Ordered herein.

**IT IS SO ORDERED**

DATED:  <u>May 16  </u>, 2008     _____

OTIS D. WRIGHT II
United States District Court Judge
Central District of California

CC: FISCAL